540 A.2d 264

**Benjamin J. SURKET**

v.

**Wilmer L. LOVETT, Petitioner.**

**No. 452 E.D. Alloc. Dkt. 1984.**

Supreme Court of Pennsylvania.

April 6, 1988.

## ORDER

AND NOW, this 6th day of April, 1988, in view of petitioner's failure to proceed pursuant to our order of July 24, 1984, the docket is hereby closed.

AND NOW, this 6th day of April, 1988, the Motion to Advance the Motion to Quash is dismissed as moot.

AND NOW, this 6th day of April, 1988, the Motion to Quash is dismissed as moot.